# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MICHAEL J. PENDLETON,

        Petitioner

        v.

ALLEGHENY COUNTY COURT OF
COMMON PLEAS, ET AL.,

        Respondents

:  No. 17 WM 2020
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 29th day of April, 2020, the "Verified Complaint," the Application for an Immediate Hearing, and the Supplemental Application for an Immediate Hearing are DENIED.